

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2021

**By ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2220
New York, New York  10007

> Re:  *United States v. Silvio Rafael Aristy*, **11 Cr. 465 (LAP)**

Dear Judge Preska:

  The Government writes to request an adjournment of the violation of supervised release conference in the above-captioned case, currently scheduled for June 30, 2021, to a date in September.  The defendant was recently sentenced in his New York state case and was remanded into state custody.  The adjournment will enable to Government to writ the defendant from state custody and provide time for the U.S. Marshals Service to transport the defendant for this matter. The Government has consulted with defense counsel, who consents to this request.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

      by:  /s/ _____
        Elizabeth A. Espinosa
        Assistant United States Attorney
        (212) 637-2216
        (347) 271-1440 (cell)

```
The conference scheduled for June 30, 2021 is adjourned
to October 6, 2021 at 10:00 a.m.

SO ORDERED.

Dated:    June 30, 2021
          New York, New York
```

LORETTA A. PRESKA, U.S.D.J.